JOEL D. JOSEPH
8677 Villa La Jolla Drive #320
La Jolla, CA 92037
(310) 623-3872
joeldjoseph@gmail.com

FILED
AUG 27 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

JOEL D. JOSEPH,

Plaintiff,

v.

INTERNET ARCHIVE

Defendant.

CASE NO: 19-cv-1357-GPC-MSB

**VERIFIED FIRST AMENDED COMPLAINT FOR RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT COPYRIGHT INFRINGEMENT**

## I. NATURE OF THE CASE

1. This is a complaint for copyright infringement and violations of the Racketeer Influenced Corrupt Organizations Act. Plaintiff wrote a book titled, "Black Mondays: Worst Decisions of the Supreme Court," and registered it with the U.S. Copyright Office. The Internet Archive published the book online without authorization and has refused to pay any compensation to the plaintiff. The Internet Archive publishes more than two million books of many authors without their permission or consent.

## II. JURISDICTION AND VENUE

2. This is a civil action seeking damages for copyright infringement under the Copyright Act of the United States, 17 U.S.C. §101, et seq.

3. This Court has subject matter jurisdiction over this copyright infringement action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. This Court has personal jurisdiction over Defendant since it is a California corporation.

5. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and (c), and/or § 1400(a).

## III. THE PARTIES

6. Plaintiff is the author of the copyrighted work that is the subject of this case. He is a California resident and lives in San Diego County.

7. Internet Archive is a California corporation.

## IV. FACTUAL ALLEGATIONS

8. Plaintiff wrote a book entitled, "Black Mondays: Worst Decisions of the Supreme Court" in 1987.

9. Plaintiff has written and had published four editions of this book.

10. Plaintiff filed for and received a copyright registration on the article from the United States Copyright Office. A copy of the copyright registration is attached to this complaint as Exhibit A for the copyright of the Fourth Edition.

11. For more than ten years, the Internet Archive provided free internet access to the general public to plaintiff's book, "Black Mondays: Worst Decisions of the Supreme Court" at http://www.archive.org allowing anyone to acquire the book without charge.

12. Even though Internet Archive was given written notice of violating plaintiff's copyright, it continues to the present day to offer the book for free to the public for copying.

13. Plaintiff asked defendant for compensation for publishing the book, but the defendant refused to pay anything to plaintiff.

14. The Internet Archive is one of the world's largest public digital libraries, with an extensive collection of human culture: two million books, most published without permission. At

least two books published without permission were published by plaintiff, including Advice & Consent by Senator Paul Simon and Katharine the Great by Deborah Davis. Plaintiff lost income as a result of this illegal publishing by defendant.

15. The Internet Archive began a program to digitize books in 2005 and today and scans 1,000 books per day without permission from authors or publishers.

16. The Internet Archives operates OpenLibrary.org is comprised of a free, digital lending library of over two million eBooks that can be read in a browser or downloaded for reading off-line.

**VI. First Cause of Action: For Violations Of Sections 1962(c) And (d) Of RICO**

17. Plaintiff incorporates paragraphs one through 16 inclusive.

18. This claim arises under §1964(c) of RICO and plaintiff seeks to recover actual and treble damages based upon defendants' violations of 18 U.S.C. §1962(c)-(d), as described more fully below.

19. At all times relevant hereto, the plaintiff and the defendant constituted "persons" within the meaning of 18 U.S.C. §1961(3).

20. Defendant is engaged in interstate acts of commerce and the acts alleged herein have a demonstrable effect on interstate commerce.

21. Section 1961(4) of RICO defines the term "enterprise" to include "any individual, partnership, corporation, association, or other legal entity, and any union or group of individuals associated in fact although not a legal entity." 18 U.S.C. §1961(4).

22. At all times relevant hereto, pursuant to the numerous agreements that were negotiated and executed between the defendant and others, they

have formed a series of association-in-fact enterprises within the meaning of 18 U.S.C. §1961(4) for the purpose of committing numerous acts of racketeering activity, including theft of property worth more than $15,000, violation of 18 U.S.C. § 1344, which has a maximum prison term of thirty years and is expressly included in the RICO statute as a predicate act.

23. These enterprises are identified as follows:

Internet Archive

OpenLibrary.org

Brewster Kahle.

24. Defendant has engaged in a pattern of racketeering activity, as defined in §1961(5) of RICO, by committing and/or aiding and abetting at least two such acts of racketeering activity within the past 10 years. Each such act of racketeering activity was related, had similar purposes, involved the same or similar participants and methods of commission, and had similar results impacting upon similar victims, including plaintiff.

25. Section 1961(1) of RICO provides that a "person" commits and act of "racketeering activity" by engaging in (a) "any act or threat involving . . . theft . . . which is chargeable under State law and punishable by imprisonment for more than one year," 18 U.S.C. §1961(1)(A), and/or (b) "any act which is indictable under" any of a number of provisions of Title 18, U.S. Code, 18 U.S.C. §1961(1)(B), including criminal copyright infringement.

26. Defendant has either engaged in and/or aided and abetted predicate

acts of racketeering activity in violation of state and federal law.

27. In addition to the defendants' acts as alleged herein, it also committed the following predicate acts:

A. Theft, ("A person commits the offense of theft if he or she unlawfully takes, uses or consumes the property or services of another with intent to permanently deprive the owner of his or her rights to the property or services."). By either knowingly, recklessly disregarding or reasonably being in a position to know the underlying acts of racketeering activity as described above committed by the defendants and/or its agents, but neither preventing nor reporting said conduct and in fact profiting thereby.

B. Criminal Copyright Infringement under 17 U.S.C. § 506(a).

28. In violation of 18 U.S.C. §1962(c), the defendant conducted or participated, either directly or indirectly, in the conduct of each of the above-referenced enterprises' affairs through a pattern of racketeering activity, as described above.

29. Defendant, and its co-conspirators, agreed and conspired amongst each other to conduct or participated, directly or indirectly, in the conduct of the above-referenced enterprises' affairs through a pattern of racketeering activity, in violation of 18 U.S.C. §1962(d).

30. As a direct and proximate result of defendant's violations of 18 U.S.C. §§1962(c) and (d), plaintiff has been injured in his business or property. Pursuant to 18 U.S.C. §1964(c), plaintiff is entitled to bring this

action and to recover herein actual and treble damages, the costs of bringing this suit and attorneys' fees.

**VI. Second Cause of Action: Violations Of Sections 1962(a) And (d) Of RICO**

31. Plaintiff incorporates by reference paragraphs one through 30, inclusive.

32. This claim for relief arises under §1964(c) of RICO and seeks to recover actual and treble damages based on defendant's violations of §1962(a) and (d) of RICO.

33. In violation of §1962(a) and (d) of RICO, defendant conspired to derive, and did derive, substantial proceeds through the above-described pattern of racketeering activity and conspired to use or invest, and used or invested, such proceeds in the operation of the association-in-fact enterprises detailed in above.

34. As a direct and proximate result of defendant's violations of §1962(a) and (d) of RICO, plaintiff has been injured in his business or property. Pursuant to §1964(c) of RICO, plaintiff is entitled to bring this action and to recover herein actual and treble damages, the costs of bringing this suit and attorneys' fees.

35. Defendant committed the acts alleged herein maliciously, fraudulently and oppressively with the wrongful intention of injuring plaintiff and others, in an improper motive amounting to malice, in conscious disregard of plaintiff's rights. Plaintiff is thus also entitled to recover

exemplary damages from defendant in an amount to be established at trial but relating to the total monies obtained by defendant as a result of their participation in this illegal and oppressive scheme.

## VIII. CAUSE OF ACTION FOR COPYRIGHT INFRINGEMENT

36. Plaintiff incorporates by reference paragraphs one through 35, inclusive.

37. Defendant has violated plaintiff's copyright to the book *Black Mondays* online.

38. Defendant's acts of infringement were willful, intentional and purposeful, in complete disregard of and with indifference to plaintiff's rights.

39. Plaintiff is hereby seeking statutory damages in the amount of $150,000 per day, for every day that the book was published online without plaintiff's consent, pursuant to 17 U.S.C. § 504(c), for every day that this infringement occurred.

40. Plaintiff further is entitled to his attorneys' fees and full costs pursuant to 17 U.S.C. § 505 and otherwise according to law.

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1. For copyright statutory damages in the amount of $150,000 per day for every day that the defendant continued to publish online and in print plaintiff's copyrighted article;

2. For actual damages under RICO;

3. For treble damages under RICO;

4. For a court order dismantling and abolishing the free book distribution of defendant, except for books whose copyright has expired or books in the public domain;

5. For attorneys' fees and costs; and

6. Such other relief as this court deems just and proper.

I affirm, under the penalties for perjury, that all factual allegations in this complaint are to the best of my knowledge, accurate and truthful.

JOEL D. JOSEPH, PRO SE
8677 Villa La Jolla Drive, Suite 320
La Jolla, California 92037
310-623-3872
joeldjoseph@gmail.com

**Jury Demand**

Plaintiff demands a trial by jury.

JOEL D. JOSEPH

Certificate of Service

I certify that I have mailed a copy of this First Amended Complaint to Joseph C. Gratz, attorney for defendant, Durie Tangri, 217 Leidesdorff Street, San Francisco, California 94111, this 22nd day of August, 2019.

JOEL D. JOSEPH

# Exhibit A

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-578-509**

**Effective Date of Registration:**
May 19, 2018

## Title

**Title of Work:** Black Mondays: Worst Decisions of the Supreme Court, Fourth Edition

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** January 15, 2014
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 97809814510

## Author

- **Author:** Joel D Joseph
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** [illegible]

## Copyright Claimant

**Copyright Claimant:** Joel Joseph
[illegible] San Vicente Blvd., Suite [illegible], Los Angeles, CA [illegible]

## Rights and Permissions

**Name:** Joel Joseph
**Email:** [illegible]
**Telephone:** [illegible]

## Certification

**Name:** Joel D Joseph
**Date** [illegible]

Page 1 of 2

U.S. POSTAGE PAID
FCM LG ENV
SAN DIEGO, CA
92122
AUG 22, 19
AMOUNT

**$1.30**

R2304H109098-46

92101

UNITED STATES POSTAL SERVICE

1000