JOEL D. JOSEPH
8677 Villa La Jolla Drive #320
La Jolla, CA 92037
(310) 623-3872
joeldjoseph@gmail.com

FILED
NOV 29 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL D. JOSEPH, <br><br> Plaintiff, <br><br> v. <br><br> INTERNET ARCHIVE <br><br> Defendant. | CASE NO: 19-cv-1357-GPC-MSB <br><br> **NOTICE OF DISMISSAL PURSUANT TO RULE 41(A)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Please take notice that the plaintiff has dismissed this action pursuant to Rule 41(A)(1) of the Federal Rules of Civil Procedure as to all claims.

*[signature]*
JOEL D. JOSEPH, PRO SE
8677 Villa La Jolla Drive, Suite 320
La Jolla, California 92037
310-623-3872
joeldjoseph@gmail.com

Certificate of Service

I certify that I have mailed a copy of this Notice of Dismissal to Joseph C. Gratz, attorney for defendant, Durie Tangri, 217 Leidesdorff Street, San Francisco, California 94111, this 26th day of November, 2019.

*[signature]*
JOEL D. JOSEPH

1
NOTICE OF DISMISSAL